

Receipt # 11089494
md
$2,981.22

**ZDARSKY, SAWICKI & AGOSTINELLI LLP**
ATTORNEYS AT LAW
404 CATHEDRAL PLACE
298 MAIN STREET
BUFFALO, N.Y. 14202
716-855-3200

JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

March 9, 2010

Clerk
United States Bankruptcy Court
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202

FILED
MAR 11 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

**Re:    Anthony C. Abbinanti**
**Case No. 04-13736B**

Ladies and Gentlemen:

Enclosed is my check no. 123 for $2,981.22, payable to the Clerk, representing the dividend(s) payable as follows, which are represented in (a) check(s) which the creditor(s) did not negotiate within the 90 days specified on the check(s):

| Claim No. | Creditor | Amount |
|---|---|---|
| 4 | Provident Bank<br>1 East 4th Street<br>Cincinnati, OH 45202 | $1,800.00 and $584.98 |
| 9 | Allied Interstate<br>3000 Corporate Exchange Drive<br>Suite 600<br>Columbus OH 43231 | $450.00 and $146.24 |

In both cases, these payments represented a principal payment and an interest payment, respectively, on the claims. When I sent the payments to Provident Bank, they were returned with a letter from Litton Loan Servicing asking me to change the payee to Litton. I sent Litton a letter saying that they could negotiate these checks if they had authority from Provident or some other authorization, or they could make an appropriate filing with the Court that would justify my changing the payee to Litton. They did neither. In the case of Allied Interstate, the creditor requested information I did not have in order to cash the check.

ZDARSKY, SAWICKI & AGOSTINELLI LLP

Clerk
United States Bankruptcy Court
March 9, 2010
Page 2

    Thank you for your assistance.

Very truly yours,

ZDARSKY, SAWICKI & AGOSTINELLI LLP

*[signature]*

Mark J. Schlant

Enclosure
cc:    Ms. Anne Quinn
        Provident Bank (at above address)
        Allied Interstate (at above address)